# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

**DACE ALLEN DOVERSPIKE,**
[DOB 06/01/2000]

Defendant.

No. ƵƷ-ƊƷƊƳƷ-Ɗ1-ƇƐ-Ƽ-𝘮𝘮𝘈𝘏

18 U.S.C. §§ 1466A(b)(1) and 2252A(b)(2)
NLT 10 Years and NMT 20 Years
Imprisonment
NMT $250,000 Fine
Supervised Release: NLT 5 and NMT Life
Class C Felony

**FORFEITURE ALLEGATION**
18 U.S.C. § 2253

Restitution
$100 Special Assessment

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on an unknown date, but as early as April 1, 2023, and continuing through May 10, 2023, said dates being approximate, in Howell County, and elsewhere, in the Western District of Missouri, the defendant, **DACE ALLEN DOVERSPIKE,** the defendant, did knowingly possess a visual depiction of any kind that had been mailed and shipped and transported in interstate commerce, including a drawing, cartoon, sculpture, or painting that depicted a minor engaging in sexually explicit conduct and such depiction is obscene, all in violation of Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, the defendant shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

The property to be forfeited includes, but is not limited to:

1. A black in color ZTE Gabb cellular telephone, model Z5157V, bearing IMEI # 861583046694748; and

2. A 128GB PNY microSD card.

Teresa A. Moore
United States Attorney

By: _____
Ami Harshad Miller Mo Bar #57711
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806

DATED: 08/29/2023